## HINES v. TEXAS & P. RY. CO.

(Circuit Court of Appeals, Fifth Circuit. December 9, 1902.)

No. 1,187.

1. RAILROADS—INJURY AT CROSSING—CONTRIBUTORY NEGLIGENCE.
   The driver of a team who, after crossing a side track filled with box cars, which obstructed the view, drove upon the main track of a railroad 50 feet distant, without looking or listening for a train, was guilty of negligence as matter of law.

In Error to the Circuit Court of the United States for the Western District of Texas.

Millard Patterson and C. N. Buckler, for plaintiff in error.
B. G. Bidwell and T. J. Freeman, for defendant in error.

Before PARDEE and SHELBY, Circuit Judges, and BOARMAN, District Judge.

PER CURIAM. Fifty feet north of the main track of the Texas & Pacific Railway at Pecos City was a side track occupied to the westward of the public crossing with box cars. The plaintiff's driver, intending to cross both tracks from the northward, stopped, and looked and listened, just behind the box cars, but heard nothing. After safely crossing the side track he attempted to cross the main track, and, although the view of the main track was clear and unobstructed, he neither looked nor listened until it was too late. He was certainly guilty of negligence.

The judgment of the circuit court is affirmed.